UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISTIAN VENABLE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LEWISTON, and | ) | Civil Action No: 2:17-cv-473-DBH |
| DERRICK ST. LAURENT | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

### STIPULATION OF DISMISSAL

Pursuant to the telephone conference with the Court held on August 2, 2018, Plaintiff Christian Venable, Attorney Margot Joly, Receiver of Plaintiff's former attorney's law practice, and Kasia Park, counsel for the Defendants have conferred regarding the above-captioned matter. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-captioned action with prejudice. This dismissal shall be without costs or attorney's fees to any party.

Dated: August 21, 2018

_/s/ Christian Venable_
Christian Venable
Plaintiff, *pro se*

122 Second Street, Apt. 3
Auburn, Maine 04210
(207) 740-7777
mainelytuners@gmail.com

Dated: August 3, 2018

_/s/_
Edward R. Benjamin, Jr.
Kasia S. Park
*Attorneys for Defendants*
Drummond Woodsum
84 Marginal Way, Suite 600
(207) 772-1941
ebenjamin@dwmlaw.com
kpark@dwmlaw.com

## CERTIFICATE OF SERVICE

I, Kasia S. Park, hereby certify that on August 24, 2018 I electronically filed the above Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notifications of this filing to all parties of record. I also certify that I mailed a copy via U.S. Mail, postage prepaid to the following:

CHRISTIAN VENABLE
122 SECOND STREET, APT. 3
AUBURN, MAINE 04210
(207) 740-7777

MARGOT JOLY
JOLY AND ASSOCIATES, P.A.
P.O. BOX 670
WILTON, ME 04294

*/s/ Kasia S. Park*
Kasia S. Park
*Attorney for Defendants*
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
kpark@dwmlaw.com